# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142274

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

                                                    SC:  142274
                                                    COA:  298892
                                                    Emmet CC:  01-001711-FC

THOMAS ALAN SCHRAM,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011                                               _____

y0620                                                         Clerk